**STATE of Missouri, Respondent,**

v.

**Laron CRENSHAW, Appellant.**

**No. ED 101427**

Missouri Court of Appeals,
Eastern District,
***DIVISION FOUR.***

FILED: January 12, 2016

Scott Thompson, 1010 Market St., Suite 1100, St. Louis, MO 63101, for appellant.

Chris Koster, Shaun J. Mackelprang, P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before Sherri B. Sullivan, P.J., Lisa S. Van Amburg, C.J., and Kurt S. Odenwald, J.

*ORDER*

PER CURIAM

Appellant Laron Crenshaw ("Crenshaw") appeals from the judgment of the trial court convicting and sentencing him of one count of the class C felony of unlawful possession of a firearm, Section 571.070, and one count of the class A misdemeanor of resisting a lawful stop, Section 575.150. On appeal, Crenshaw contends that Section 571.070, which prohibits felons from possessing firearms, is unconstitutional.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).